UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re:

Patricia L. Thompson

Case No: 12-44757-RLE13
Chapter 13

Debtor(s)

## APPLICATION FOR UNCLAIMED FUNDS

Dilks & Knopik, LLC, as assignee to Kramer & Associates, claimant, hereby petitions the Court for $2,391.14, which is the sum of all monies being held in the Registry of the Clerk, United States Bankruptcy Court, as unclaimed funds, which are due to Kramer & Associates, creditor.

The creditor did not receive the dividend check in the above case for the following reason:

Dividends were not collected by the creditor, Kramer & Associates. Kramer & Associates is a dba of Receivable Asset Management, Inc. Receivable Asset Management, Inc dba Kramer & Associates has assigned its claim to Dilks & Knopik LLC as evidenced by the attached Assignment of Claim and the Transfer of Claim filed on 9/7/2017 (docket number #92).

The Creditor's mailing address at the time the claim was filed with the Court was:

Kramer & Associates
401 Hackensack Ave., 9th Fl.
Hackensack , NJ 07601

The claimant's current mailing address is:

Dilks & Knopik LLC
As assignee to Kramer & Associates
35308 SE Center St, Snoqualmie WA 98065-9216
425-836-5728
Last four digits of SS#/Tax ID: 9851

Dated: September 26, 2017

Brian J. Dilks
Dilks & Knopik, LLC
35308 SE Center St, Snoqualmie WA 98065-9216
(425) 836-5728

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Subscribed and Sworn Before Me this 26th day of September, 2017

SEAL

_____
Andrew T. Drake, Notary Public
My commission expires: September 9, 2019
Notary in and for the State of Washington



2