

The following constitutes
the order of the court. Signed November 21, 2017

_____
Roger L. Efremsky
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA

In re:

Patricia L. Thompson

Debtor(s)

Case No: 12-44757-RLE13
Chapter 13

## ORDER TO PAY UNCLAIMED FUNDS

It appearing that the check(s) made payable to Kramer & Associates, in the amount of $2,391.14 was not cashed within the 90 day limit and an unclaimed money report was filed on 8/4/2017 to close the account and transfer the monies to the Clerk, U.S. Bankruptcy Court, for deposit with the U.S. Treasury or the designated local depository, and

It further appearing that Dilks & Knopik, LLC as assignee to Kramer & Associates now claims the above monies in the petition attached hereto,

IT IS ORDERED that the Clerk of the Bankruptcy Court pay the sum of $2,391.14, to:

Dilks & Knopik, LLC
As assignee to Kramer & Associates
35308 SE Center St
Snoqualmie, WA 98065-9216.

**End of Order**
**No Service List Requested**